AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Kelly-Anne Coldren

    Plaintiff (s),

V.

PARKLANE LOUNGE, et al.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:16-cv-00780-HRL

Notice is hereby given that, subject to approval by the court, __Parklane Lounge, Lana Smith & Frank Uzzardo__ substitutes
(Party (s) Name)

__Cynthia N. Oshiro__ , State Bar No. __157173__ as counsel of record in
(Name of New Attorney)

place of __LANA SMITH, individually and dba PARKLANE LOUNGE; and Frank Uzzardo, individually and dba PARKLANE LOUNGE__.
(Name of Attorney (s) Withdrawing Appearance)   In Pro Per

Contact information for new counsel is as follows:

 Firm Name: WILLOUGHBY, STUART, BENING & COOK, INC.
 Address: 50 W. San Fernando Street, Suite 400, San Jose, CA 95113
 Telephone: (408) 295-6375  Facsimile (408) 295-6375
 E-Mail (Optional): cynthia@wsbclawyers.com

I consent to the above substitution.
Date: 5/3/16

(Signature of Party (s))

I consent to being substituted.
Date: 5/3/16

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/3/16

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 4, 2016

Howard R. Lloyd, United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]